UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PHILIP E. CAPEL,

                    Plaintiff,

      -v-

1100 SEIU FEDERAL CREDIT UNION,

                    Defendant.
------------------------------------------------------------------X

14 Civ. 337 (PAE)

ORDER OF DISCONTINUANCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/14

PAUL A. ENGELMAYER, District Judge:

      The Court has received notification from Magistrate Judge Pitman, following a settlement conference, advising the Court that the parties have reached a settlement in principle. All deadlines are hereby adjourned until further order of the Court.

      It is hereby ordered that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

      SO ORDERED.

                                                          Paul A. Engelmayer
                                                          United States District Judge

Dated: July 3, 2014
       New York, New York